# Court of Appeals
# of the State of Georgia

ATLANTA,  April 22, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1575. MONTGOMERY v. MILTON RUBEN TOYOTA OF AUGUSTA.

Tamera Montgomery filed a notice of appeal from the trial court's order granting Milton Ruben Toyota of Augusta summary judgment in this matter. The appeal was docketed on March 23, 2026, and Montgomery's brief of appellant was due 20 days later, on April 13, 2026. The deadline has passed, and Montgomery has not filed a brief or requested an extension of time. Accordingly, Montgomery's appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23(a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  04/22/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*